IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWAR

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, et al.,[1]<br><br>       Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC et al.,<br><br>       Plaintiff,<br><br>vs.<br><br>IMPERIAL DISTRIBUTORS, INC.,<br><br>       Defendant, | Adv. Proc. No. 25-50834 (TMH) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Justin A. Kesselman, Esq. of ArentFox Schiff LLP to represent Imperial Distributors, Inc. in the above-referenced adversary proceeding.

Dated: June 16, 2025

**THE ROSNER LAW GROUP LLC**
*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE 3995)
824 N. Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: June 16th, 2025
Wilmington, Delaware

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

{00040885. }